J. Stephen Simms (JS-8990)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
443-290-8704
jssimms@simmsshowers.com

Attorneys for Plaintiff
Minerva Bunkering Pte Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINERVA BUNKERING PTE LTD.,

Plaintiff,

Case No. 1:26-cv-06789

-v.-

ASHFAQUE J. RAHMAN and
MAHWEEN RAHMAN,

Defendants.

______________________________________/

**FED. R. CIV. P. 7.1 DISCLOSURE**

Mecuria Energy Group, a privately held corporate entity, is the corporate parent of Minerva Bunkering Pte Ltd. There is no publicly held corporation holding more than 10% of the stock of Minerva Bunkering Pte Ltd.

Executed on: August 9, 2026.

____________________________

J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone: 443-290-8704
Facsimile: 410-510-1789
jssimms@simmsshowers.com