J. Stephen Simms (JS-8990)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
443-290-8704
jssimms@simmsshowers.com

Attorneys for Plaintiff
Minerva Bunkering Pte Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINERVA BUNKERING PTE LTD.,

Plaintiff,

Case No. 1:26-cv-06789-VEC

-v.-

ASHFAQUE J. RAHMAN and
MAHWEEN RAHMAN,

Defendants.

______________________________________/

**NOTICE OF DISMISSAL – WITH PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Fed. R Civ. P. 41 Minerva Bunkering Pte Ltd. dismisses this case with prejudice, each respective party to bear its, his or her own attorneys fees and costs. No responsive pleadings have been filed.

Dated: August 31, 2026.

/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone: 443-290-8704
Facsimile: 410-510-1789
jssimms@simmsshowers.com

Minerva Counsel

**CERTIFICATE OF SERVICE**

I certify that on this August 31, 2026 I caused the foregoing to be filed on the Court's CM/ECF system for service on all record counsel.

/s/ J. Stephen Simms